UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                        Case No. 25-mj-30276

v.

SCOTT JAMES ROCKY,

      Defendant.
_____/

**ORDER GRANTING MOTION FOR
REVOCATION OF DETENTION ORDER (ECF #14)**

On May 8, 2025, the Court held a hearing on Defendant's Motion for Revocation of Detention Order (ECF # 14). For the reasons stated on the record, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

    **IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: May 8, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 8, 2025, by electronic means and/or ordinary mail.

                                s/Holly A. Ryan
                                Case Manager
                                (313) 234-5126